# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50352
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 16, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

JUAN CARLOS FIGUEROA-RAMOS,

Defendant – Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 4:18-CR-111

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

Juan Carlos Figueroa-Ramos appeals the district court's order of detention pending trial. Since the order was issued, Figueroa-Ramos has entered a guilty plea. This Court upholds a district court's pretrial detention order "if it is supported by the proceedings below, a deferential standard of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50352

review that we equate to the abuse-of-discretion standard."[1]   Based on the record before us, including Figueroa-Ramos's criminal history and his plea of guilty to a felony, we conclude that the district court did not abuse its discretion by denying bail.  We AFFIRM.

---

[1] *United States v. Reuben*, 974 F.2d 580, 586 (5th Cir. 1992) (internal quotation marks omitted).